

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-18-00450-CV

Velma **SAN MIGUEL,**
Appellant

v.

**PLAINSCAPITAL BANK**, Trustee of The Guerra Mineral Trust,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-16-19
The Honorable Everardo Garcia, Judge Presiding

## O R D E R

After we granted Appellant's first motion for extension of time to file the reply brief, Appellant's reply brief was due on March 4, 2019. *See* TEX. R. APP. P. 38.6(c). On the due date, Appellant filed an unopposed second motion for an extension of time to file the reply brief. On March 5, 2019, Appellant filed her reply brief.

Appellant's motion is GRANTED. Appellant's reply brief is deemed timely filed. *See id.* R. 38.6(d).

It is so **ORDERED** on this 6th day of March, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court